

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-14-00267-CR**

**IN RE ROMAN GIBBONS**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed September 18, 2014
[OT06]

